UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Charles Carr</u>

    v.                                Civil No. 06-cv-380-JD

<u>Warden, New Hampshire State Prison</u>

<u>PROCEDURAL ORDER</u>

The petitioner has filed a motion requesting a certificate of appealability (document no. 13). After reviewing the motion, the court declines to issue a certificate of appealability on the ground that the petitioner has failed to make a substantial showing of the denial of a constitutional right.

SO ORDERED.

                                          /s/ Joseph A. DiClerico, Jr.
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date: May 24, 2007

cc:  Paul J. Haley, Esquire
     Ann M. Rice, Esquire